**Ex parte Jack Romeo NAPPI and Paul Jones, Appellants, v. STATE of Texas, Appellee.**

No. 23630.

Court of Criminal Appeals of Texas.

Jan. 29, 1947.

Albert S. Baskett and Noah Roark, both of Dallas, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

The appeal is from an order of the Honorable Winter King, Judge of the Criminal District Court of Dallas County, fixing bond for each of the appellants in the sum of $10,000 for each of three cases, making a total of $30,000 bond for each, and a total of $60,000 in bonds for the two.

The state has filed a motion to dismiss the appeal, based on the affidavit from the Sheriff of Dallas County that each of the appellants has made bond in the amount fixed by the court below.

The motion of the state is granted and the appeal is dismissed.

**Edward James O'BRIEN, Appellant, v. STATE of Texas, Appellee.**

No. 23619.

Court of Criminal Appeals of Texas.

Jan. 15, 1947.

No appearance, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Appellant was convicted for theft of more than $500 in money, and his punishment assessed at eight years in the penitentiary.

He gave notice of appeal to this court, but now files his affidavit advising that he desires to prosecute his appeal no further.

At appellant's request the appeal is dismissed.

**John SUMMERS, Appellant, v. STATE of Texas, Appellee.**

No. 23623.

Court of Criminal Appeals of Texas.

Jan. 29, 1947.

W. E. Martin, of Abilene, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Appellant was convicted of felony theft and his punishment assessed at two years in the penitentiary. He gave notice of appeal to this court. He now files his personal affidavit advising that he no longer desires to prosecute his appeal and at his request same is dismissed.

**Boulder SUTTON, Appellant, v. STATE of Texas, Appellee.**

No. 23602.

Court of Criminal Appeals of Texas.

Jan. 8, 1947.

No appearance, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for theft of a horse, punishment assessed at two years in the penitentiary.

The jurisdiction of this court attached by reason of notice of appeal having been given by appellant. He now files his affidavit advising that he no longer desires to prosecute his appeal, and same is dismissed.